AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANDREA WEBB,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV615-067
                            CR613-005

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 7, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Respondent's motion to dismiss is GRANTED, the motion for 2255 is DISMISSED with prejudice, judgment is ENTERED in favor of the Respondent, and this case stands CLOSED.



June 7, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03